IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
ELEKTRA ENTERTAINMENT GROUP, INC.,  )
et al.,                             )
                                    )
                Plaintiffs,         )
                                    )
      v.                            )    No.  06 C 4781
                                    )
THOMAS CRANFORD SR.,                )
                                    )
                Defendant.          )
_____)
                                    )
ELEKTRA ENTERTAINMENT GROUP, INC.,  )
et al.,                             )
                                    )
                Plaintiffs,         )
                                    )
      v.                            )    No.  06 C 4782
                                    )
HENRY MENDIA,                       )
                                    )
                Defendant.          )
_____)
                                    )
ELEKTRA ENTERTAINMENT GROUP, INC.,  )
et al.,                             )
                                    )
                Plaintiffs,         )
                                    )
      v.                            )    No.  06 C 4789
                                    )
REGINA FOUNTAIN,                    )
                                    )
                Defendant.          )
```

<u>MEMORANDUM</u>

Counsel for plaintiffs in these actions has complied with this Court's September 8, 2006 memorandum order ("Order") and this District Court's LR 3.2 by filing supplemental statements amplifying on plaintiffs' earlier-filed Notifications of Affiliates. In doing so plaintiffs' counsel is entirely correct

in expressing the understanding that this Court's sole concern in issuing the Order was to ascertain the existence of any publicly-held corporations among the affiliated entities, for only such publicly-held companies have the potential for posing disqualification issues under 28 U.S.C. §455(b)(4). Accordingly no further disclosures by plaintiffs are needed, and this Court expresses its appreciation to plaintiffs' counsel for having provided the requested information.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 19, 2006